UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

MICHELE LANHAM,

                  Plaintiff,

    -against-

LUMENIS INC., et al.,

                  Defendants.

------------------------------------------------------------- X

**ORDER**

19 Civ. 24 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    All parties' senior counsel responsible for this case and the trial thereof shall appear before this Court on January 10, 2020 at 11:00 a.m. to discuss the issues raised in Plaintiff's letter filed today (ECF No. 68).

    SO ORDERED.

Dated:    January 6, 2020
              New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-6-20