UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MICHELLE LANHAM,

        Plaintiff,

-against-

LUMENIS INC, STEVEN GERHART, TODD ROSA
GREG MACK and TRENTON WILLIAMS,

        Defendants.
---------------------------------------------------------X

Docket No. :19-CV-00024-AKH

**NOTICE OF WITHDRAWAL OF MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2020

## NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE, SUMMARY ADUDICATION

PLEASE TAKE NOTICE THAT Defendant TRENTON WILLIAMS by his attorneys, Law Offices of Alessandra M. Messineo Long, LLC, hereby withdraws the Motion for Summary Judgment, or in the Alternative Summary Adjudication filed on June 16, 2020, without waiting Defendant's right to re-file this Motion or any other motion for summary adjudication and/or judgment at a later date.

Dated: October 2, 2020
       Riverside, Connecticut

So Ordered
10/6/20
/s/ AK Hellerstein

LAW OFFICES OF ALESSANDRA M.,
MESSINEO LONG, LLC
By /s/ *Alessandra M. Messineo Long*
Alessandra M. Messineo Long, Esq.
Attorney for Defendant
TRENTON WILLIAMS
34 Field Road
Riverside, Connecticut 06878
Tel:(203) 249-3601
Email: aml@amlonglaw.com

1

TO: LAW OFFICE OF YALE POLLACK
Attorneys for Plaintiff
66 Split Rock Road
Syosset, New York 11791

DEREK SMITH LAW GROUP PLLC.
Co-counsel for Plaintiff
One Penn Plaza Suite 4905
New York, New York 10119

CAROTHERS DISANTE & FREUDENBERGER LLP
Attorneys for Defendants,
LUMENIS INC, STEVEN GERHART, TODD ROSA and GREG MACK
One Battery Park Plaza 6th Floor
New York, New York 10004