+

```
SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHELE LANHAM,                                    Case No. 19-CV-00024-AKH

                              Plaintiff,

                    v.                             **NOTICE OF WITHDRAWAL**
                                                   **OF MOTION**

LUMENIS INC., STEVEN GERHART, TODD
ROSA, GREG MACK and TRENTON WILLIAMS,

                              Defendants.

------------------------------------------------------------X


### NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

PLEASE TAKE NOTICE THAT Defendants LUMENIS INC., STEVEN GERHART,

TODD ROSA, and GREG MACK ("Defendants") hereby withdraw their Motion for Summary

Judgment, or in the Alternative, Summary Adjudication filed on June 12, 2020, without waiving

Defendants' right to re-file this Motion or any other motion for summary adjudication and/or

judgment at a later date.


Dated:  October 2, 2020
Irvine, California

                              CAROTHERS DISANTE & FREUDENBERGER LLP


                              By:  /s/ *Ashley A. Halberda*
                                   Ashley A. Halberda, Esq. (*Pro Hac Vice*)
                                   (CA SBN 272762)
                                   *Attorneys for Defendant*
                                   *LUMENIS, INC.*
                                   18300 Von Karman Avenue, Suite 800
                                   Irvine, CA  92612
                                   Tel:  (949) 622-1661
                                   Email:  ahalberda@cdflaborlaw.com

*[handwritten: So ordered. The parties shall attend a status conf. to be held on October 30, 2020, 10:00 a.m.  AKH  10/6/20]*

1691509.1