

# Law Offices of Yale Pollack, P.C.

66 Split Rock Road
Syosset, New York 11791
Phone: (516) 634-6340
Fax: (516) 634-6341
www.yalepollacklaw.com

Yale Pollack, Esq.
ypollack@yalepollacklaw.com

The November 6, 2020 status conference is adjourned until Friday, November 13, 2020, at 10:30 a.m., and will be held via the following call-in number:

Call-in number: 888-363-4749
Access code: 7518680

November 2, 2020

No later than November 10, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered,
/s/
Alvin K. Hellerstein
11/4/2020

    Re:    *Lanham v. Lumenis, Inc. et al*
              Case No.: 19-CV-00024-AKH

Dear Judge Hellerstein:

      My office represents the Plaintiff in the above-referenced matter. I write this letter to request an adjournment of the status conference currently scheduled for November 6, 2020 at 10:40 a.m. before Your Honor. Defendants' counsel consents to this request.

      The reason for the request is that I have a deposition scheduled for November 6, 2020 commencing at 10:00 a.m. Upon conferring with Plaintiff's counsel, subject to the Court's calendar, the parties are available on November 13, 2020 for the status conference. Should the Court require additional dates, the parties will confer and provide same.

      Should you need any additional information with regard to this request, please let me know. Thank you for your time and courtesies.

                            Respectfully submitted,
                            Law Offices of Yale Pollack, P.C.

                            */s/ Yale Pollack*
                            Yale Pollack, Esq.

cc:    All Parties (via ECF)